**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Derrick Tyrone DAUGHERTY,**
**Defendant–Appellant.**

**No. 09–40681**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 20, 2010.

John Bulkley Ross, U.S. Attorney's Office, Beaumont, TX, for Plaintiff–Appellee.

---

Frank Warren Henderson, Assistant Federal Public Defender, Federal Defender's Office, Beaumont, TX, for Defendant–Appellant.

Before SMITH, PRADO, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Derrick Tyrone Daugherty has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Daugherty has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.